# JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AARON WRIGHT and AARON WRIGHT, IN HIS INDIVIDUAL CAPACITY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOBIUS INDUSTRIES; CUBIC APPLICATIONS; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. EDCV 14-00297 JGB (DTBx)<br><br>**ORDER DISMISSING CASE**<br><br>Judge: Jesus G. Bernal<br>Mag. Judge: David T. Bristow<br>Courtroom: 1<br>Current Hearing: May 8, 2017<br>Time: 9:00 a.m. |

1  |  The Court, having considered the parties' stipulation to dismiss all claims against
2  |  all defendants, and the Unites States' consent to the same, **HEREBY ORDERS**:
3  |      1. All of Plaintiff Wright's claims in the above-titled action against Defendant
4  |         Mobius Industries are dismissed with prejudice;
5  |      2. All of Plaintiff Wright's claims in the above-titled action against Defendant
6  |         Cubic Applications are dismissed with prejudice;
7  |      3. The United States' claim under the Federal False Claims Act, Count 1 of
8  |         the First Amended Complaint (D.I. 26), against Defendant Mobius
9  |         Industries is dismissed without prejudice;
10 |      4. The United States' claim under the Federal False Claims Act, Count 1 of
11 |         the First Amended Complaint (D.I. 26), against Defendant Cubic
12 |         Applications is dismissed without prejudice; and
13 |      5. Each party shall bear its own fees and costs.
14 |  **SO ORDERED.**
15 |
16 |  Dated: March 10, 2017
17 |                                          The Honorable Jesus G. Bernal
                                        United States District Judge